IN RE TRUST CO.

Finance Corporation, and that after the payment in full of said indebtedness, assets of the United Bank & Trust Company, in the hands of the Reconstruction Finance Corporation as collateral security for said indebtedness, exceeding in value the amount of plaintiff's claim against said bank, were delivered by the Reconstruction Finance Corporation to the defendants.

In view of this agreement, the plaintiff has an equity to have the amount of her deposit applied as a payment on her notes, with the result that her deposit is entitled to preferential payment out of the assets of the United Bank & Trust Company, now in the hands of the defendants. There is no error in the judgment to that effect. On facts substantially identical with the facts of the instant case, it was so held in *Hall v. Burrell* (Colo.), 124 Pac., 751, and in *Becker v. Seymour* (Minn.), 73 N. W., 1096.

As modified in accordance with this opinion, the judgment is
Affirmed.

---

IN THE MATTER OF THE LIQUIDATION OF THE NORTH CAROLINA BANK AND TRUST COMPANY.

(Filed 27 January, 1937.)

APPEAL by respondent from *Rousseau, J.,* at June Term, 1936, of GUILFORD. Affirmed.

This matter was heard on the petition of J. F. Cannon, for an order directing J. T. Gobbel, agent and conservator of the North Carolina Bank and Trust Company, an insolvent banking corporation, to pay his claim against said corporation out of certain assets in the hands of the respondent.

On the facts alleged in the petition and admitted in the answer, it was ordered by the court that respondent pay the claim of the petitioner out of assets in his hands, delivered to him by the Reconstruction Finance Corporation.

Respondent appealed to the Supreme Court, assigning error in the order.

*Lovelace & Kirkman for petitioner.*
*York & Boyd for respondent.*

CONNOR, J. There is no error in the order in the instant case. It is affirmed. See *Powell v. Hood, Comr. of Banks, ante,* 137.
Affirmed.